**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

APR 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| KATHIE COSTANICH, | Nos. 08-35217, 08-35287 |
|---|---|
| Plaintiff - Appellant, | DC # 05-cv-00090-MJP |
| v. | Western Washington |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON, et al., | (Seattle) |
| | ORDER |
| Defendants-Appellees. | |

This case is not selected for inclusion in the mediation program. Counsel are requested to contact the mediator should circumstances develop that might warrant further settlement discussions.

The briefing schedule previously established by the court remains in effect.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

4/18/08/cg/mediation