**FILED**

JUN 2 3 2008

Office of the Clerk
U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
Seattle Divisional Office

**NOTICE OF THIRD AMENDED APPEAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Kathie Costanich, | No. 08-35217 |
| Plaintiff/Appellant | DC # 05-cv-00090-MJP |
| vs. | |
| State of Washington, Department of Social and Health Services (DSHS), Sandra Duron and John Doe Duron, Carol Schmidt, and John Doe Schmidt, Beverly Payne, and John Doe Payne, James Bulzomi, and Jane Doe Bulzomi, Robert Stutz and Jane Doe Stutz, Ingrid McKinney, John Doe McKinney, | NOTICE OF THIRD AMENDED APPEAL |
| Defendants/Appellees | |

Notice is hereby given that Kathie Costanich, Plaintiff in the above named case, hereby amends her appeal to United States Court of Appeals for the Ninth Circuit, appeal number 08-35217, to include the district court's CORRECTED THIRD AMENDED

Leonard W. Moen & Associates
947 Powell Ave. SW, Suite 105
Renton, WA 98057
Tel: 425-227-4260  Fax: 425-227-5140

ORDER (Dkt # 159, date 5/28/08), in which the district court modified the caption of the Third Amended Order (Dkt # 157), and to include the district court's AMENDED JUDGMENT (Dkt # 160), which modified the original judgment (# 131) to include the modifications.    This amended order and this amended judgment do not change the issues on appeal:

Plaintiff appeals the judgment which dismissed Plaintiff's federal civil rights claim because of the district court's grant of immunity to all defendant social workers, and the subsequent declination of federal jurisdiction over the state court claims.

May 28, 2008

_____/s/_____
Carol Farr
Attorney for Plaintiff, WSBA # 27470
Law Offices of Leonard W. Moen
947 Powell Ave. S.W., #105
Renton, WA 98057

CERTIFICATE OF SERVICE

I, Carol Farr, hereby certify that on May 28, 2008, I caused to be electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Defendants' attorneys of record as follows: wendyl@atg.wa.gov, DeeS@atg.wa.gov, SusanJ2@atg.wa.gov, torolyEF@atg.wa.gov, allisonc@atg.wa.gov, dees@atg.wa.gov, torolyef@atg.wa.gov, trishj@atg.wa.gov: NOTICE OF SECOND AMENDED APPEAL

DATED    May 28, 2008      /s/
                           Carol Farr
                           WSBA # 27470
                           Attorney for Appellant/Plaintiff