

Law Offices of
# LEONARD W. MOEN & ASSOCIATES

Founder
Leonard W. Moen
( 1941 - 1986 )

**Attorneys:**
**Ruth A. Moen**
Carol Farr
Kathy Majnarich

**Paralegals:**
Klara Pecak
Elizabeth Blake

April 14, 2009

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
Po Box 193939
San Francisco, CA 94119-3939

Re: Kathie Costanich v. DSHS-APS, et. al, # 08-35217, 08-35287

Dear Court of Appeals:

    This letter is to present additional citation of relevant decisions rendered since the last brief was filed in this case.

    Costanich appeals the district court's grant of summary judgment on the ground of qualified immunity. McSherry v. City of Long Beach has reversed a similar grant of qualified immunity on summary judgment to a defendant police officer, finding there were genuine issues of material fact as to whether he had deliberately fabricated evidence. McSherry v. City of Long Beach, 2009 U.S. App. LEXIS 6911 (9th Cir. Cal. Mar. 30, 2009)

    In McSherry, Plaintiff claimed the officer fabricated the statement of a child witness key to the prosecution. Plaintiff provided a sworn statement from the witness in which she claimed she had never made the statements the officer documented. On this, and because McSherry had been exhonerated of the crime he was accused of, the district court could not grant qualified immunity on summary judgment because the officer's credibilty was an issue for the trier of fact. Id.

    Costanich claims that defendant-CPS-investigator Duron fabricated evidence and statements of witnesses to secure an administrative finding of child abuse and to revoke Costanich's foster care license; defendant- licensor McKinney fabricated witness statements; each other defendant made threats, ignored the evidence, or made false statements to make this stick. (Brief of Appellant, page

947 Powell Ave SW
Suite 105
Renton, WA
98057-2975
Phone: (425) 227-4260
Fax (425) 227-5140

Law Offices of
**<u>LEONARD W. MOEN</u>**

      18-20).   The district court granted defendants immunity on summary judgment, finding their conduct was merely "careless" and "recording errors."

      Costanich was exhonerated from defendants' false claims of child abuse. <u>Costanich v. Dep't of Soc & Health Servs</u>., 138 Wash.App. 547, 156 P.3d 232 (2007).   Costanich provided defendants' undisputed admissions of false statements and fabricated evidence, of threats, of knowing adoption of false reports.  Costanich provided undisputed state court findings that Duron made false statements under oath and fabricated witness statements, that the department was not justified in their revocation.  <u>Ibid.</u>,  558.  Under McSherry, summary judgment was error as the the credibility of these defendants is an issue for the trier of fact.

      Although <u>McSherry</u> is a criminal case,  Fourth Amendment guarantees of due process protection of the individual against arbitrary action of government extends beyond the criminal context.  <u>Camara v. Mun. Ct</u>., 387 U.S. 523, 530 (1967)

      Respectfully submitted this April 14, 2009,

      <u>     /s/                              </u>
      Carol Farr, WSBA # 27470
      Attorney for Plaintiff Kathie Costanih


CERTIFICATION OF SERVICE

      I, Carol Farr, hereby certify that on April 14, 2009, I caused to be electronically filed the foregoing letter with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will  automatically send notification of such filing to the Defendants' attorney of record Pamela H. Anderson who is registered for ECF service.  I also put in the mail a copy for Robert McKenna, Office of the Washington Attorney General, Social & health Services, 7141 Cleanwatr Dr. SW, PO Box 40124, Oymmpia WA 98504-0124, who is not registered.


    <u>April 14, 2009</u>          <u>     /s/                              </u>
                                    Carol Farr, WSBA # 27470