

Law Offices of
# LEONARD W. MOEN & ASSOCIATES

Founder
Leonard W. Moen
(1941-1986)

**Attorneys:**

**Ruth A. Moen**
Carol Farr
Kathy Majnaric

**Paralegals:**

Klara Pecak
Elizabeth Blake

947 Powell Ave SW
Suite 105
Renton, WA 98057

Phone: (425) 227-4260
Fax: (425) 227-5140

lizardlawfirm@leonardmoen.com
www.leonardmoen.com

April 30, 2009

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
PO Box 193939
San Francisco, CA 94119-9939

Re:   FRAP 28(J) Submission in Reply
      Kathie Costanich v. DSHS et al., 08-35217, 08-35287

Dear Court of Appeals,

   This letter is submitted in reply to Defendants' April 29, 2009, letter.

   McSherry is exactly on point.  <u>McSherry v. City of Long Beach</u>, 06-55837, 2009 WL 80504( 9th Cir. March 30, 2009).   Plaintiff McSherry claimed that the officer had fabricated a material witness statement, and produced evidence to support his claim.  Exactly as in McSherry, Costainch claimed that the CPS investigator fabricated witness statements, and produced evidence to support her claim.

   Defendants' reliance on the Wenatchee cases to show a requirement of "deliberate fabrication"  is misplaced.  <u>Gausvik v. Perez</u>, 345 F.3d 813 (2003),  <u>Cunningham v. Wenatchee,</u> 345 F.3d 802 (2003),  <u>Devereaux  v. Abbey,</u>  263 F.3d 1070(2003).  In these cases, plaintiffs claimed that the investigator had *coerced false statements from witnesses,* using *improper interviewing techniques.*   Those officers were not liable because they could not have known that their interviewing techniques would have yielded false evidence, and plaintiff could not prove that they had deliberately solicited false statements.   And, there was no dispute about what the witnesses had told the investigator.

   Unlike the Wenatchee cases, Costanich does not claim that investigator Duron *coerced* false witness statements.  She does not make any claim about *interviewing techniques.*    Costanich simply claims that investigator Duron fabricated the witness statements in her reports.   It is the McSweeny case which is relevant here.



Law Offices of
# LEONARD W. MOEN & ASSOCIATES

**Founder**
Leonard W. Moen
(1941-1986)

**Attorneys:**

**Ruth A. Moen**
Carol Farr
Kathy Majnaric

**Paralegals:**

Klara Pecak
Elizabeth Blake

    Defendants have misrepresented the administrative record:  In the hearings, witnesses whom Duron had interviewed testified that Duron's reports of their interviews were materially false, that they had never made the key statements Duron reported, as proven by the Washington State proceedings.  Washington courts conducted extensive administrative hearings and reviews on this exact evidence.   The ALJ specifically found that Duron's reports were not credible and that there was no evidence of any of the alleged bad conduct.  <u>Costanich v. Dep't of Soc. & Health Servs</u>., 138 Wn. App. 547, 557 (Wash. Ct. App. 2007).  Superior court affirmed the ALJ as did the Court of Appeals,  who specifically noted that Duron made false statements, put words in the mouth of at least one child,  and fabricated witness statements.    <u>Ibid</u>., 537


Respectfully submitted,



      /s/                                04/30/09
Carol Farr
WSBA # 27470
Attorney for Kathie Costanich



CERTIFICATION OF SERVICE

I, Carol Farr, hereby certify that on April 30, 2009, I caused to be electronically filed the foregoing letter with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will   automatically send notification of such filing to the Defendants' attorney of record Pamela H. Anderson who is registered for ECF service.  I  also put in the mail a copy for Robert McKenna, Office of the Washington Attorney General, Social & health Services, 7141 Cleanwater Dr. SW, PO Box 40124, Olympia WA 98504-0124, who is not registered.


April 30, 2009                       /s/
                                  Carol Farr,      WSBA # 27470

947 Powell Ave SW
Suite 105
Renton, WA 98057

Phone: (425) 227-4260
Fax: (425) 227-5140

lizardlawfirm@leonardmoen.com
www.leonardmoen.com