

Law Offices of
# LEONARD W. MOEN & ASSOCIATES

Founder
Leonard W. Moen
( 1941 - 1986 )

**Attorneys:**
**Ruth A. Moen**
Carol Farr
Kathy Majnarich

**Paralegals:**
Klara Pecak
Elizabeth Blake

May 7, 2009

U.S. Court of Appeals for the Ninth Circuit
Judge Richard A. Paez
Judge Kim McLane Wardlaw
Judge Norman R. Smith
95 Seventh Street
Po Box 193939
San Francisco, CA 94119-3939

Re: Kathie Costanich v. DSHS-APS, et. al, # 08-35217, 08-35287

Dear Court of Appeals:

Yesterday, May 6, 2009, the Court heard oral argument on this case. I presented argument for Kathie Costanich, the Appellant.

When the Court asked me what federal cases I relied upon for my argument that Ms. Costanich has a protected interest in her foster care license, my mind went blank. I referred the Court to my briefs.

Here are some of the federal cases I cited in my reply brief, page 17-18:

*Addington v. Texas,* 441 U.S. 418, 424-425 (1979). (government-initiated proceedings threaten the individual involved with 'a significant deprivation of liberty  or 'stigma.')

*Barry v. Barchi,* 443 U.S. 55, 65 (1979) (licenses issued to horse trainers protected by due process and equal protection because "state law has engendered a clear expectation of continued enjoyment of a license absent proof of culpable conduct by the trainer");

*Bell v. Burson,* 402 U.S. 535, 539 (1971) (suspension of issued drivers' licenses involves state action that adjudicates important interests of the licensees. In such cases, the licenses are not to be taken away without that procedural due process required by the Fourteenth Amendment.).

947 Powell Ave SW
Suite 105
Renton, WA
98057-2975
Phone: (425) 227-4260
Fax: (425) 227-5140

Law Offices of
**<u>LEONARD W. MOEN</u>**

*Conn v. Gabbert,* 526 U.S. 286, 291-92, (1999) (the "Fourteenth Amendment's Due Process Clause includes some generalized due process right to choose one's field of private employment");

*Dittman v. California,* 191 F.3d 1020, 1029 (9th Cir. 1999), (the pursuit of profession or occupation is a protected liberty interest that extends across a broad range of lawful occupations), *cert. denied,* 530 U.S. 1261 (2000);

*Greene v.McElroy,* 360, U.S. 474, 492 (1959) (the right to hold specific private employment and to follow a chosen profession free from unreasonable governmental interference comes within the 'liberty' and 'property' concepts of the Fifth Amendment);

Respectfully submitted this May 7, 2009,

\_\_\_\_\_/s/_____
Carol Farr, WSBA # 27470
Attorney for Plaintiff Kathie Costanih

CERTIFICATION OF SERVICE

I, Carol Farr, hereby certify that on May 7, 2009, I sent by messenger a copy of this letter to the Court sitting in Seattle, at 1010 Fifth Avenue, 7th Floor Courtroom, Seattle, WA 98104; I have filed this with the Court's ECF system, which will automatically give service to Pamela Anderson, attorney for defendants, and I have put a copy in the mail addressed to Robert McKenna, Office of the Washington Attorney General, Social & health Services, 7141 Cleanwater Dr. SW, PO Box 40124, Olympia WA 98504-0124.

<u>May 7, 2009</u>          _____/s/_____
                            Carol Farr, WSBA # 27470