FILED

NOV 25 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHIE COSTANICH,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al.,<br><br>        Defendants - Appellees. | No. 08-35217<br><br>D.C. No. 2:05-cv-00090-MJP<br>Western District of Washington, Seattle<br><br><br>ORDER |
| KATHIE COSTANICH,<br><br>        Plaintiff - Appellee-cross-appellant,<br><br> v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al.,<br><br>       Defendants - Appellants-cross-appellees. | No. 08-35287<br><br>D.C. No. 2:05-cv-00090-MJP<br>Western District of Washington, Seattle |

Before: WARDLAW, PAEZ and N.R. SMITH, Circuit Judges.

Submission of this case is vacated and deferred pending the Supreme Court's decision in *McGhee v. Pottawattamie County*, 547 F.3d 922 (8th Cir. 2008), *cert. granted*, 129 S. Ct. 2002 (April 20, 2009) (No. 08-1065).

It is so ORDERED.