FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHIE COSTANICH, | No. 08-35217 |
| Plaintiff - Appellant, | D.C. No. 2:05-cv-00090-MJP<br>Western District of Washington, Seattle |
| v. | |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al., | ORDER |
| Defendants - Appellees. | |

| | |
|---|---|
| KATHIE COSTANICH, | No. 08-35287 |
| Plaintiff - Appellee-cross-appellant, | D.C. No. 2:05-cv-00090-MJP<br>Western District of Washington, Seattle |
| v. | |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al., | ORDER |
| Defendants - Appellants-cross-appellees. | |

Before: WARDLAW, PAEZ, and N.R. SMITH, Circuit Judges.

The panel has voted to deny Costanich's petition for panel rehearing and rehearing en banc. The full court has been advised of the suggestion for rehearing

en banc and no active judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc is DENIED.

IT IS SO ORDERED.