UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHIE COSTANICH,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al.,<br><br>   Defendants - Appellees. | No. 08-35217<br><br>D.C. No. 2:05-cv-00090-MJP<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |
| KATHIE COSTANICH,<br><br>   Plaintiff - Appellee-cross-appellant<br><br>v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES FOR THE STATE OF WASHINGTON; et al.,<br><br>   Defendants - Appellants-cross-appellees | No. 08-35287<br><br>D.C. No. 2:05-cv-00090-MJP<br>U.S. District Court for Western Washington, Seattle |

  The judgment of this Court, entered December 03, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk